# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| **TAMMY PRITCHARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 1:20-cv-2356-STA-jay** |
| | ) | |
| **LOANCARE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER DENYING MOTION TO DISMISS AS MOOT

Defendant filed a motion to dismiss on July 15, 2020. (ECF No. 11.) On August 5, 2020, Plaintiff filed an amended complaint. (ECF No. 12.) The amended complaint supersedes the original complaint, thus making the motion to dismiss the original complaint moot. *See Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000) (holding that the amended complaint supersedes all previous complaints and becomes the operative pleading). Accordingly, the motion to dismiss is **DENIED** as moot.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: August 6, 2020