# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**TAMMY PRITCHARD,**                         **JUDGMENT IN A CIVIL CASE**

    Plaintiff,

vs.

**LOANCARE, LLC, ET AL.,**                   CASE NO: 20-2356-STA-jay

    Defendants.

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION AND ORDER DENYING DEFENDANTS' [46][47] MOTION TO DISMISS AS MOOT entered on August 19, 2021, this cause is hereby DISMISSED without prejudice.

    APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/19/2021              THOMAS M. GOULD
                             Clerk of Court

                                    s/Maurice B. BRYSON
                             (By)   Deputy Clerk